IN THE UNITED STATES DISTRICT COURT FOR
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | M-07-2074-H |
| ) | |
| Plaintiff, ) | FILED |
| ) | |
| vs.  ) Case No. | JUL 2 6 2007 |
| ) | |
| ) | ROBERT D. DENNIS, CLERK |
| DANIEL R. REED ) | U.S. DIST. COURT, WESTERN DIST. OF OKLA. |
| ) | BY _____ DEPUTY |
| Defendant. ) | |

**INFORMATION**

The United States Attorney charges:

On or about May 2, 2007 within the special maritime and territorial jurisdiction of the United States, more specifically, that is land occupied by Tinker Air Force Base, in the Western District of Oklahoma,

DANIEL R. REED

did knowingly and intentionally possess marijuana, a Schedule I controlled substance, at or near Eaker Gate, Tinker Air Force Base, without a valid prescription or order for said substance and was not otherwise authorized. All in violation of 21 United States Code, Section 844(a) and Title 18 United States Code, Section 7(3).

JOHN C. RICHTER
United States Attorney

_____
AMANDA L.K. LINARES
Special Assistant U.S. Attorney
72 ABW/JA
7460 Arnold St SE WG
Tinker AFB, OK 73145-9002
739-2687

PENALTY:  Class A Misdemeanor
NMT one year imprisonment
NMT $100,000 fine or both such fine and imprisonment
$25 Special Assessment (18 U.S.C. sec. 3013)

## AFFIDAVIT

I, Amanda L.K. Linares, being first duly sworn, on oath state that I have read and know the contents of the foregoing information and the statements therein are true based on representations made to me by affidavit from a member of the United States Air Force Security Forces.

_____
AMANDA L.K. LINARES

Subscribed and sworn to before me this 28th day of June, 2007.

_____
CHARLES G. KELS, Capt, USAF
Judge Advocate

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on 02 May, 20 07 while exercising my duties as a law enforcement officer in the Western District of Oklahoma

I was notified to respond to Gate 2 for possible possession of drugs. Further investigation revealed a suspected marijuana cigarette in center console. Substance gave a positive presumptive for Marijuana.

The foregoing statement is based upon

☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge

Executed on: 05-07-07    [signature] Officer's Signature
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant

Executed on _____   _____    U.S. Magistrate Judge
Date (mm/dd/yyyy)

CVB Scan 6/15/2007 12.18.50

---

**United States District Court**
**Violation Notice**

| Violation Number | CVB Location Code | Officer Name (Print) | Officer No |
|---|---|---|---|
| R 3250385 | W07 | Michael DiCicco | D2950 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 02 MAY 07 2250
Offense Charged: ☒ USC  ☐ CFR  ☐ State Code: 21 USC 844A
Place of Offense: Baker Gate (G-2)
Offense Description: Simple Possession

**DEFENDANT INFORMATION**

Last Name: Reed    First Name: Daniel    M.I.: R
Street Address: 2526 N Kelley Apt C
City: Oklahoma    State: OK    Zip Code: 73111
Drivers License No: 081382260    D.L. State: OK
Phone: (405) 427-6237
Date of Birth: 02 JAN 75
Social Security No: 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
Sex: ☒ Male ☐ Female   Height: 5'7"   Weight: 182   Hair: Blk   Eyes: Br
☒ Adult ☐ Juvenile

**VEHICLE DESCRIPTION**

Tag No: _____   State: _____   VIN: _____   Year: _____   Make/Model: _____   Color: _____

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT SEE INSTRUCTIONS (on back of yellow copy)

Forfeiture Amount
+ $25 Processing Fee
Total Collateral Due

**PAY THIS AMOUNT →** $ _____

**YOUR COURT DATE**
(If no court appearance date is shown you will be notified of your appearance date by mail.)

Court Address: 200 NW 4th, RM 101, Oklahoma City, OK, 73102
Date: 06-28-07   Time: 1000

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

FILED JUN 21 2007
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

#200705000043 / I-200705000048